# EXHIBIT F

**HILL, FARRER & BURRILL LLP**
William A. White (Bar No. 121681)
wwhite@hillfarrer.com
Jenner C. Tseng (Bar No. 222459)
jtseng@hillfarrer.com
Jeffery B. Bell (Bar No. 269648)
jbell@hillfarrer.com
City National Plaza
515 S. Flower Street, 7th Floor
Los Angeles, California 90071
Telephone: 213.620.0460
Fax: 213.624.4840

Attorneys for Defendants JACKSON WALKER
LLP and MATTHEW CAVENAUGH

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| BAHAR DEJBAN, an individual, and BARDIA DEJBAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ELIZABETH CAROL FREEMAN, an individual; JACKSON WALKER LLP, a limited liability partnership; MATTHEW CAVENAUGH, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 25STCV31899<br><br>**DEFENDANTS JACKSON WALKER LLP AND MATTHEW CAVENAUGH'S ANSWER TO COMPLAINT FOR DAMAGES**<br><br>Assigned for All Purposes to:<br>Hon. Kristin S. Escalante<br>Department 2<br><br>Action Filed:          November 3, 2025 |

Pursuant to Sections 431.10, *et seq.*, of the California Code of Civil Procedure, Defendants Jackson Walker LLP and Matthew Cavenaugh ("Defendants") answer the Complaint of Plaintiffs Bahar Dejban and Bardia Dejban ("Plaintiffs"). Defendants deny, both generally and specifically, each and every allegation of the Complaint and deny that Plaintiffs are entitled to any relief whatsoever.

### AFFIRMATIVE DEFENSES

Defendants plead the following separate defenses and reserve the right to assert additional affirmative defenses that discovery or any applicable investigation indicates are proper.

#3049389v5

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1. As a separate and first affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendants allege that the Complaint fails to state facts sufficient to constitute a cause of action.

### SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

2. As a separate and second affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that the purported causes of action asserted in the Complaint are barred by such statutes of limitation as may be applicable, including, but not limited to, California Code of Civil Procedure Sections 335, 335.1, 336, 337, 338, 339, 340, 340.5, 340.9, 343, 344 and 474.

### THIRD AFFIRMATIVE DEFENSE

### (Release Agreement)

3. As a separate and third affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that, on or about December 24, 2021, Plaintiffs, for good and valuable consideration, executed an enforceable, confidential settlement agreement and release of all claims ("Release Agreement"), including Plaintiffs' waiver of all rights under California Civil Code § 1542, pursuant to which Defendants were fully and entirely discharged and released from any and all past, present, and future liability in connection with the claims now asserted in Plaintiffs' Complaint.

### FOURTH AFFIRMATIVE DEFENSE

### (Lack of Deception)

4. As a separate and fourth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that the actions taken by them were not deceptive.

#3049389v5

-2-

DEFENDANTS JACKSON WALKER LLP AND MATTHEW CAVENAUGH'S ANSWER TO COMPLAINT FOR DAMAGES

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

## THIRD AFFIRMATIVE DEFENSE

### (All Obligations Performed)

5.    As a separate and third affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that they have fully and/or substantially performed any and all obligations they may have had to Plaintiffs under the Release Agreement or otherwise.

## FOURTH AFFIRMATIVE DEFENSE

### (Accord and Satisfaction)

6.    As a separate and fourth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that an accord and satisfaction was made between Plaintiffs and Defendants pursuant to the Release Agreement or otherwise.

## FIFTH AFFIRMATIVE DEFENSE

### (Not Liable for Act or Omission of Subordinate)

7.    As a separate and fifth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that insofar as Defendants have delegated any duty to any subordinate, such delegation was at all times done in good faith, and with due care. Defendants are therefore not liable for any act or omission of any subordinate.

## SIXTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

8.    As a separate and sixth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiffs' damages, if any, were caused by the primary negligence and/or acquiescence in the acts and omissions alleged in the Complaint by others, including, but not limited to the Plaintiffs, their agents, employees, representatives, relatives, heirs, assigns, attorneys, and/or any others acting on Plaintiffs' behalf, or other wrongdoers, but not Defendants.  By reason thereof, Plaintiffs are not entitled to damages or any other relief whatsoever as against Defendants.

#3049389v5                                    -3-

DEFENDANTS JACKSON WALKER LLP AND MATTHEW CAVENAUGH'S ANSWER TO COMPLAINT FOR DAMAGES

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

## SEVENTH AFFIRMATIVE DEFENSE

### (Apportionment of Fault)

9.     As a separate and seventh affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiffs' damages, if any, were caused by the negligence and/or acts or omissions of parties other than the Defendants, whether or not parties to this action.  By reason thereof, Plaintiffs' damages, if any, as against the Defendants, must be reduced by the proportion of fault attributable to such other parties, and to the extent that this is necessary, Defendants may be entitled to partial indemnity from others on a comparative fault basis.

## EIGHTH AFFIRMATIVE DEFENSE

### (Intervening and Superseding Cause)

10.     As a separate and eighth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that if Plaintiffs suffered or sustained any loss, damage or injury as alleged in the Complaint, such loss, damage or injury was legally caused or contributed to by the negligence or wrongful conduct of other parties, persons or entities, and that their negligence or wrongful conduct was an intervening and superseding cause of the loss, damage or injury of which Plaintiffs complain.

## NINTH AFFIRMATIVE DEFENSE

### (Proximate Cause – Other Persons)

11.     As a separate and ninth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that the damages alleged to have been suffered by Plaintiffs in the Complaint were proximately caused or contributed to by acts or failures to act of persons other than these answering Defendants, which acts or failures to act constitute an intervening and superseding cause of the damages alleged in the Complaint.

## TENTH AFFIRMATIVE DEFENSE

### (Waiver and Estoppel)

12.     As a separate and tenth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that as a result of Plaintiffs' own acts and/or

omissions, Plaintiffs have waived any right which they may have had to recover, and/or are estopped from recovering, any relief sought against Defendants.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Laches)

13.    As a separate and eleventh affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiffs are barred in whole or in part from prosecuting the purported causes of action set forth in the Complaint by the doctrine of laches.

## TWELFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

14.    As a separate and twelfth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiffs are barred in whole or in part from prosecuting the purported causes of action set forth in the Complaint by the doctrine of unclean hands.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (No Injury or Damage)

15.    As a separate and thirteenth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiffs have not been injured or damaged as a proximate result of any act or omission for which Defendants are responsible.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Extra-Contractual Damages Barred)

16.    As a separate and fourteenth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiffs' claims for extra-contractual damages are barred by the provisions of California Insurance Code, Section 10111 or other applicable law.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

17.    As a separate and fifteenth affirmative defense to the Complaint and each purported

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

cause of action contained therein, Defendants allege that Plaintiffs' claims, if any, are barred for their failure, and/or the failure of the persons and/or entities acting on their behalf, to mitigate any purported damages.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Punitive Damages Barred)

18.     As a separate and sixteenth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiffs' alleged claim for punitive damages is barred by the provisions of California Civil Code Sections 3294 and 3295 or other applicable law.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Plaintiffs' Claim for Attorneys' Fees Barred)

19.     As a separate and seventeenth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiffs' claim for attorneys' fees is barred by the provisions of California Code of Civil Procedure § 1021 or other applicable law.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Forum Non Conveniens)

20.     As a separate and twentieth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that this case cannot and should not be allowed to proceed in the Los Angeles Superior Court, because, *inter alia*, a better, more appropriate, adequate, proper, alternative forum exists ("alternative forum"), the balance of public and private interests strongly favors Defendants and the alternative forum, and allowing the case to proceed in the Los Angeles Superior Court would defeat and/or not best serve the ends of justice and convenience of the Court, parties, witnesses, and others affected by this action.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Ongoing Investigation)

21.     As a separate and eighteenth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that they have not yet completed a

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

thorough investigation or study or completed the discovery of all the relevant facts and circumstances of the subject matter of the Complaint or matters underlying it, and the results of any such ongoing investigation may supersede or take precedence over the allegations of Plaintiffs' Complaint or Defendants' answer, and/or any discovery, factfinding or other proceedings in this action.  Defendants reserve the right to amend, modify, revise or supplement their answer and to plead such other defenses and take such other further actions as they may deem proper and necessary in their defense upon the completion of any such investigation and/or study.

WHEREFORE, Defendants pray for relief as follows:

1.    That the Complaint be dismissed, with prejudice and in its entirety;

2.    That Plaintiffs take nothing by reason of this Complaint and that judgment be entered against Plaintiffs and in favor of Defendants;

3.    That Defendants be awarded their attorneys' fees and costs incurred in defending this action;

4.    That Defendants be granted such other and further relief as the Court may deem just and proper.

DATED:  December 8, 2025                    HILL, FARRER & BURRILL LLP

By:  _____
William A. White
Jenner C. Tseng
Jeffery B. Bell
Attorneys for Defendants JACKSON WALKER LLP and MATTHEW CAVENAUGH

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

#3049389v5

-7-

DEFENDANTS JACKSON WALKER LLP AND MATTHEW CAVENAUGH'S ANSWER TO COMPLAINT FOR DAMAGES

<u>**PROOF OF SERVICE**</u>

**Bahar Dejban, et. al. v. Elizabeth Carol Freeman, et al.**
**25STCV31899**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is City National Plaza, 515 S. Flower Street, 7th Floor, Los Angeles, CA 90071.

On December 8, 2025, I served true copies of the following document(s) described as **DEFENDANTS JACKSON WALKER LLP AND MATTHEW CAVENAUGH'S ANSWER TO COMPLAINT FOR DAMAGES** on the interested parties in this action as follows:

Tina Glandian, Esq.                                          *Attorneys for Plaintiffs*
Katherine Pratty, Esq.                                       *Bahar Dejban and Bardia Dejban*
GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 South Figueroa Street
Los Angeles, California 90017-3411
Tel:  (213) 625-3900
Fax: (213) 232-3255
Email: Geragos@Geragos.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address spadilla@hillfarrer.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 8, 2025, at Los Angeles, California.

_____
Sonia Padilla

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
CITY NATIONAL PLAZA
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CALIFORNIA 90071

#3050069v1 W4401 001